AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SANRIO, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> BEAUTY EXCHANGE, INC. D/B/A BEAUTY EXCHANGE #1; SANA BEAUTY SUPPLIES, INC. D/B/A BEAUTY EXCHANGE #2; BEAUTY EXCHANGE #6, INC. et al., <br><br> *Defendant(s)* | Civil Action No. <br><br> 16-cv-62697-WJZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Beauty Exchange, Inc. d/b/a Beauty Exchange #1
Ahmad Muntaser, Registered Agent
3290 SW 139th Terrace
Davie, FL 33330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael W.O. Holihan
Kimberly A. Harchuck
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, FL 32751

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date:  11/16/2016

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| SANRIO, INC. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| BEAUTY EXCHANGE, INC. D/B/A BEAUTY EXCHANGE #1; SANA BEAUTY SUPPLIES, INC. D/B/A BEAUTY EXCHANGE #2; BEAUTY EXCHANGE #6, INC. et al., | ) | 16-cv-62697-WJZ |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sana Beauty Supplies, Inc. d/b/a Beauty Exchange #2
Ahmad Muntaser, Registered Agent
1172 N. State Road 7            or          3290 SW 139th Terrace
Lauderhill, FL 33313                          Davie, FL 33330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael W.O. Holihan
Kimberly A. Harchuck
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, FL 32751

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/16/2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SANRIO, INC. <br><br> *Plaintiff(s)* <br> v. <br><br> BEAUTY EXCHANGE, INC. D/B/A BEAUTY EXCHANGE #1; SANA BEAUTY SUPPLIES, INC. D/B/A BEAUTY EXCHANGE #2; BEAUTY EXCHANGE #6, INC. et al., <br><br> *Defendant(s)* | Civil Action No. <br><br> 16-CV-62697-WJZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Beauty Exchange #6, Inc. d/b/a Beauty Exchange #6
Ahmad Muntaser, Registered Agent
1020 West Sunrise Boulevard       or      3290 SW 139th Terrace
Fort Lauderdale, FL 33311                 Davie, FL 33330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael W.O. Holihan
Kimberly A. Harchuck
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, FL 32751

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date:   11/16/2016

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SANRIO, INC.<br><br>*Plaintiff(s)*<br><br>v.<br><br>BEAUTY EXCHANGE, INC. D/B/A BEAUTY EXCHANGE #1; SANA BEAUTY SUPPLIES, INC. D/B/A BEAUTY EXCHANGE #2; BEAUTY EXCHANGE #6, INC. et al.,<br><br>*Defendant(s)* | Civil Action No.<br><br>16-cv-62697-WJZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ibrahim Beauty Supply, Inc. d/b/a Beauty Exchange #9
Mohamad Muntaser, Registered Agent
6387 West Colonial Drive          or          3290 SW 139th Terrace
Orlando, FL 32818                                    Davie, FL 33330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Michael W.O. Holihan
Kimberly A. Harchuck
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, FL 32751

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:     11/16/2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SANRIO, INC.<br><br>Plaintiff(s)<br><br>v.<br><br>BEAUTY EXCHANGE, INC. D/B/A BEAUTY EXCHANGE #1; SANA BEAUTY SUPPLIES, INC. D/B/A BEAUTY EXCHANGE #2; BEAUTY EXCHANGE #6, INC. et al.,<br><br>Defendant(s) | Civil Action No.<br><br>16-cv-62697-WJZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Beit Hanina Beauty, Inc. d/b/a Beauty Exchange #10
Mohamad Muntaser, Registered Agent
4497 N. Pine Hills Road         or        3290 SW 139th Terrace
Orlando, FL 32808                          Davie, FL 33330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael W.O. Holihan
Kimberly A. Harchuck
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, FL 32751

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   11/16/2016

Steven M. Larimore
Clerk of Court

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SANRIO, INC.<br><br>*Plaintiff(s)*<br>v.<br>BEAUTY EXCHANGE, INC. D/B/A BEAUTY EXCHANGE #1; SANA BEAUTY SUPPLIES, INC. D/B/A BEAUTY EXCHANGE #2; BEAUTY EXCHANGE #6, INC. et al.,<br>*Defendant(s)* | Civil Action No.<br>16-cv-62697-WJZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ammar Beauty, Inc. d/b/a Beauty Exchange #11
Ahmad Muntaser, Registered Agent
3290 SW 139th Terrace
Davie, FL 33330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael W.O. Holihan
Kimberly A. Harchuck
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, FL 32751

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/16/2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SANRIO, INC. <br><br> *Plaintiff(s)* <br> v. <br> BEAUTY EXCHANGE, INC. D/B/A BEAUTY EXCHANGE #1; SANA BEAUTY SUPPLIES, INC. D/B/A BEAUTY EXCHANGE #2; BEAUTY EXCHANGE #6, INC. et al., <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. <br><br> 16-cv-62697-WJZ |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Ahmad Muntaser
3290 SW 139th Terrace
Davie, FL 33330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael W.O. Holihan
Kimberly A. Harchuck
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, FL 32751

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date:   11/16/2016

**SUMMONS**

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

| | |
|---|---|
| SANRIO, INC. <br><br> *Plaintiff(s)* <br> v. <br> BEAUTY EXCHANGE, INC. D/B/A BEAUTY EXCHANGE #1; SANA BEAUTY SUPPLIES, INC. D/B/A BEAUTY EXCHANGE #2; BEAUTY EXCHANGE #6, INC. et al., <br> *Defendant(s)* | Civil Action No. <br><br> 16-cv-62697-WJZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mohamad Muntaser
3290 SW 139th Terrace
Davie, FL 33330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael W.O. Holihan
Kimberly A. Harchuck
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, FL 32751

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  11/16/2016

Steven M. Larimore
Clerk of Court

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts