UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:16-cv-62697-WJZ

SANRIO, INC.,

PLAINTIFF,

    Plaintiff,

v.

BEAUTY EXCHANGE, INC. D/B/A
BEAUTY EXCHANGE #1; SANA
BEAUTY SUPPLIES, INC. D/B/A
BEAUTY EXCHANGE #2; BEAUTY
EXCHANGE #6, INC. D/B/ A BEAUTY
EXCHANGE #6; IBRAHLM BEAUTY
SUPPLY, INC. D/B/ A BEAUTY
EXCHANGE #9; BEIT HAN INA
BEAUTY, INC. D/B/ A BEAUTY
EXCHANGE #10; AMMAR BEAUTY,
INC. D/B/ A BEAUTY EXCHANGE #11;
AHMAD MUNTASER and MOHAMAD
MUNTASER,

    Defendants.
_____/

## DEFENDANT'S NOTICE OF APPEARANCE

Edward S. Polk, Esq., and Octavia M. Green, Esq., of COLE, SCOTT & KISSANE, P.A., hereby give notice of their appearance on behalf of Defendant SANA BEAUTY SUPPLIES, INC., d/b/a BEAUTY EXCHANGE #2, and request that copies of all motions, notices and other pleadings filed or served in this cause be furnished to the undersigned.

CASE NO.: 0:16-cv-62697-WJZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of December,2016, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

>COLE, SCOTT & KISSANE, P.A.
>*Counsel for Defendant SANA*
>*BEAUTY SUPPLIES, INC. D/B/A*
>*BEAUTY EXCHANGE #2*
>Cole, Scott & Kissane Building
>9150 South Dadeland Boulevard, Suite 1400
>P.O. Box 569015
>Miami, Florida 33256
>Telephone (305) 350-5338
>Facsimile (305) 373-2294
>Primary e-mail: edward.polk@csklegal.com
>Secondary e-mail: octavia.green @csklegal.com
>Alternate e-mail: lissette.duran@csklegal.com

By: s/ ***Edward S. Polk***
>EDWARD S. POLK
>Florida Bar No.:  239860
>OCTAVIA M. GREEN
>Florida Bar No.:  119179

0363.0552-00/4801736