UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:16-CV-62697-WJZ

**SANRIO, INC.,**

    Plaintiff,

vs.

**BEAUTY EXCHANGE, INC. d/b/a
BEAUTY EXCHANGE #1; SANA
BEAUTY SUPPLIES, INC. d/b/a
BEAUTY EXCHANGE #2; BEAUTY
EXCHANGE #6, INC. d/b/a BEAUTY
EXCHANGE #6; IBRAHIM BEAUTY
SUPPLY, INC. d/b/a BEAUTY
EXCHANGE #9; BEIT HANINA BEAUTY
SUPPLY, INC. d/b/a BEAUTY EXCHANGE
#10; AMMAR BEAUTY, INC. d/b/a BEAUTY
EXCHANGE #11; AHMAD MUNTASER
and MOHAMAD MUNTASER,**

    Defendants.
_____/

## NOTICE OF APPEARANCE FOR DEFENDANT
## BEIT HANINA BEAUTY SUPPLY, INC.

Ava K. Doppelt and the law firm of Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A., hereby gives notice of their appearance as counsel on behalf of Defendant Beit Hanina Beauty Supply, Inc. d/b/a Beauty Exchange #10, and request that copies of all pleadings, notices, orders and other papers in this cause be henceforth provided to the undersigned as counsel for said Defendant.

1

Respectfully submitted this 20th day of December 2016.

/s/Ava K. Doppelt
Ava K. Doppelt
Florida Bar No. 393738
adoppelt@addmg.com
Allen, Dyer, Doppelt,
Milbrath & Gilchrist, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL  32802-3791
Telephone: (407) 841-2330
Facsimile:  (407) 841-2343
**Attorneys for Defendant**
**Beit Hanina Beauty Supply, Inc.**
**d/b/a Beauty Exchange #10**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following attorneys of record:

| | |
|---|---|
| Michael O. Hollihan, Esq.<br>Kimberly Ann Harchuck, Esq.<br>Holihan Law<br>1101 N. Lake Destiny Road, Suite 275<br>Maitland, Florida 32751<br><br>**Attorneys for Plaintiff** | Edward S. Polk, Esq.<br>Cole, Scott & Kissane, P.A.<br>9150 S. Dadeland Blvd., Suite 1400<br>Miami, Florida 33156<br><br>**Attorneys for Defendant**<br>**Sana Beauty Supplies, Inc.**<br>**d/b/a Beauty Exchange #2** |

/s/Ava K. Doppelt