UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16-cv-62697-WJZ

SANRIO, INC.,

    Plaintiff,

v.

BEAUTY EXCHANGE, INC. D/B/A
BEAUTY EXCHANGE #1; SANA
BEAUTY SUPPLIES, INC. D/B/A
BEAUTY EXCHANGE #2; BEAUTY
EXCHANGE #6, INC. D/B/ A BEAUTY
EXCHANGE #6; IBRAHLM BEAUTY
SUPPLY, INC. D/B/ A BEAUTY
EXCHANGE #9; BEIT HAN INA BEAUTY
INC. D/B/ A BEAUTY EXCHANGE #10;
AMMAR BEAUTY, INC. D/B/ A BEAUTY
EXCHANGE #11; AHMAD MUNTASER
AND MOHAMAD MUNTASER,

    Defendants.
_____/

## DEFENDANT SANA BEAUTY SUPPLIES, INC.'s
## ANSWER AND AFFRIMATIVE DEFENSES TO COMPLAINT

Defendant, SANA BEAUTY SUPPLIES, INC., d/b/a BEAUTY EXCHANGE #2, answers the Complaint against it and states as follows:

    1.    The allegations of paragraph 1 of the Complaint are denied.

    2.    In response to paragraph 2 of the Complaint, this Defendant admits that the Plaintiff seeks the remedies stated therein, but denies that Plaintiff is entitled to any such remedies from this Defendant.

    3.    The allegations of paragraph 3 of the Complaint are admitted.

4.	The allegations of paragraph 4 of the Complaint are admitted.

5.	This Defendant lacks sufficient information to admit or deny the allegations of paragraph 5 of the Complaint (including all its subparts), and all such allegations are therefore denied.

6.	This Defendant lacks sufficient information to admit or deny the allegations of paragraph 6 of the Complaint, and all such allegations are therefore denied.

7.	The allegations of paragraph 7 of the Complaint are admitted.

8.	This Defendant lacks sufficient information to admit or deny the allegations of paragraph 8 of the Complaint, and all such allegations are therefore denied.

9.	This Defendant lacks sufficient information to admit or deny the allegations of paragraph 9 of the Complaint, and all such allegations are therefore denied.

10.	This Defendant lacks sufficient information to admit or deny the allegations of paragraph 10 of the Complaint, and all such allegations are therefore denied.

11.	This Defendant lacks sufficient information to admit or deny the allegations of paragraph 11 of the Complaint, and all such allegations are therefore denied.

12.	This Defendant lacks sufficient information to admit or deny the allegations of paragraph 12 of the Complaint, and all such allegations are therefore denied.

13.	This Defendant lacks sufficient information to admit or deny the allegations of paragraph 13 of the Complaint, and all such allegations are therefore denied.

14.	This Defendant lacks sufficient information to admit or deny the allegations of paragraph 14 of the Complaint, and all such allegations are therefore denied.

15. This Defendant lacks sufficient information to admit or deny the allegations of paragraph 15 of the Complaint, and all such allegations are therefore denied.

16. The allegations of paragraph 16 of the Complaint are denied.

17. The allegations of paragraph 17 of the Complaint are denied.

18. This Defendant lacks sufficient information to admit or deny the allegations of paragraph 18 of the Complaint, and all such allegations are therefore denied.

19. In response to paragraph 19 of the Complaint this Defendant reasserts its responses to all paragraphs above.

20. The allegations of paragraph 20 of the Complaint are denied.

21. This Defendant lacks sufficient information to admit or deny the allegations of paragraph 21 of the Complaint, and all such allegations are therefore denied.

22. The allegations of paragraph 22 of the Complaint are denied.

23. The allegations of paragraph 23 of the Complaint are denied.

24. In response to paragraph 24 of the Complaint this Defendant reasserts its responses to all paragraphs above.

25. This Defendant lacks sufficient information to admit or deny the allegations of paragraph 25 of the Complaint, and all such allegations are therefore denied.

26. This Defendant lacks sufficient information to admit or deny the allegations of paragraph 26 of the Complaint, and all such allegations are therefore denied.

27. The allegations of paragraph 27 of the Complaint are denied.

28. The allegations of paragraph 28 of the Complaint are denied.

29. The allegations of paragraph 29 of the Complaint are denied.

3

**COLE, SCOTT & KISSANE, P.A.**
COLE, SCOTT & KISSANE BUILDING - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

30. The allegations of paragraph 30 of the Complaint are denied.

31. The allegations of paragraph 31 of the Complaint are denied.

32. The allegations of paragraph 32 of the Complaint are denied.

33. The allegations of paragraph 33 of the Complaint are denied.

34. The allegations of paragraph 34 of the Complaint are denied.

35. In response to paragraph 35 of the Complaint this Defendant reasserts its responses to all paragraphs above.

36. This Defendant lacks sufficient information to admit or deny the allegations of paragraph 36 of the Complaint, and all such allegations are therefore denied.

37. The allegations of paragraph 37 of the Complaint are denied.

38. The allegations of paragraph 38 of the Complaint are denied.

39. The allegations of paragraph 39 of the Complaint are denied.

40. The allegations of paragraph 40 of the Complaint are denied.

41. The allegations of paragraph 41 of the Complaint are denied.

42. The allegations of paragraph 42 of the Complaint are denied.

43. All allegations in the Complaint that are not expressly admitted herein are hereby denied.

44. As a first affirmative defense, in addition to denial of Plaintiff's affirmative allegations, this Defendant states that if any infringement of Plaintiff's rights occurred, it was inadvertent, unintentional and not willful.

45. This Defendant demands trial by jury of all issues so triable.

CASE NO.: 0:16-cv-62697-WJZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of December 2016, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

> COLE, SCOTT & KISSANE, P.A.
> *Counsel for Defendant SANA BEAUTY SUPPLIES,*
> 9150 South Dadeland Boulevard, Suite 1400
> Miami, Florida 33156
> Telephone (305) 350-5338
> Facsimile (305) 373-2294
> Primary e-mail: edward.polk@csklegal.com
> Secondary e-mail: octavia.green @csklegal.com
> Alternate e-mail: lissette.duran@csklegal.com
>
> By: s/ *Edward S. Polk*
> EDWARD S. POLK
> Florida Bar No.: 239860
> OCTAVIA M. GREEN
> Florida Bar No.: 119179