IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 0:16-cv-62697-WJZ**

SANRIO, INC.,

       Plaintiffs,

vs.

BEAUTY EXCHANGE, INC. D/B/A BEAUTY EXCHANGE #1; SANA BEAUTY SUPPLIES, INC. D/B/A BEAUTY EXCHANGE #2; BEAUTY EXCHANGE #6, INC. D/B/A BEAUTY EXCHANGE #6; IBRAHIM BEAUTY SUPPLY, INC. D/B/A BEAUTY EXCHANGE #9; BEIT HANINA BEAUTY INC. D/B/A BEAUTY EXCHANGE #10; AMMAR BEAUTY, INC. D/B/A BEAUTY EXCHANGE #11; AHMAD MUNTASER and MOHAMAD MUNTASER,

       Defendants.
_____/

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS BEAUTY EXCHANGE, INC. D/B/A BEAUTY EXCHANGE #1; BEAUTY EXCHANGE #6, INC. D/B/A BEAUTY EXCHANGE #6; IBRAHIM BEAUTY SUPPLY, INC. D/B/A BEAUTY EXCHANGE #9; AMMAR BEAUTY, INC. D/B/A BEAUTY EXCHANGE #11; AHMAD MUNTASER AND MOHAMAD MUNTASER**

      Defendants, BEAUTY EXCHANGE, INC. D/B/A BEAUTY EXCHANGE #1; BEAUTY EXCHANGE #6, INC. D/B/A BEAUTY EXCHANGE #6; IBRAHIM BEAUTY SUPPLY, INC. D/B/A BEAUTY EXCHANGE #9; AMMAR BEAUTY, INC. D/B/A BEAUTY EXCHANGE #11; AHMAD MUNTASER and MOHAMAD MUNTASER, by and through undersigned counsel, file this their Answer and Affirmative Defenses, and state:

      1.      The allegations of Paragraph 1 are denied.

2. Defendants admit that this action purports to be one for infringement of Plaintiff's intellectual property rights, but deny same.

3. Defendants do not dispute this Court's jurisdiction.

4. Defendants do not dispute venue within the Southern District of Florida.

5. Defendants are without sufficient knowledge to either admit or deny the allegations of Paragraph 5 (including all subparts) and, therefore, deny same.

6. The allegations of Paragraph 6 are admitted.

7. The allegations of Paragraph 7 are admitted.

8. The allegations of Paragraph 8 are admitted.

9. The allegations of Paragraph 9 are admitted.

10. The allegations of Paragraph 10 are admitted.

11. The allegations of Paragraph 11 are admitted.

12. Admitted that the Complaint refers to the Defendants as alleged in Paragraph 12.

13. The allegations of Paragraph 13 are denied.

14. The allegations of Paragraph 14 are denied.

15. The allegations of Paragraph 15 are denied.

16. The allegations of Paragraph 16 are denied.

17. The allegations of Paragraph 17 are denied.

18. The allegations of Paragraph 18 are denied.

19. In response to paragraph 19 of the Complaint Defendants reassert their responses to all paragraphs above.

20. The allegations of Paragraph 20 are denied.

21. The allegations of Paragraph 21 are denied.

22. The allegations of Paragraph 22 are denied.

23. The allegations of Paragraph 23 are denied.

24. The allegations of Paragraph 24 are denied.

25. The allegations of Paragraph 25 are denied.

26. In response to paragraph 26 of the Complaint Defendants reassert their responses to all paragraphs above.

27. Defendants are without sufficient knowledge to either admit or deny the allegations of Paragraph 27 and, therefore, deny same.

28. Defendants are without sufficient knowledge to either admit or deny the allegations of Paragraph 28 and, therefore, deny same.

29. The allegations of Paragraph 29 are denied.

30. The allegations of Paragraph 30 are denied.

31. The allegations of Paragraph 31 are denied.

32. The allegations of Paragraph 32 are denied.

33. The allegations of Paragraph 33 are denied.

34. The allegations of Paragraph 34 are denied.

35. In response to paragraph 35 of the Complaint Defendants reassert their responses to all paragraphs above.

36. Defendants are without sufficient knowledge to either admit or deny the allegations of Paragraph 36 and, therefore, deny same.

37. The allegations of Paragraph 37 are denied.

38. The allegations of Paragraph 38 are denied.

39. The allegations of Paragraph 39 are denied.

40. The allegations of Paragraph 40 are denied.

41. The allegations of Paragraph 41 are denied.

42. The allegations of Paragraph 42 are denied.

43.-52.   These allegations have previously been dismissed by the Court and, therefore, require no response.

### Affirmative Defense

As a first affirmative defense, in addition to denial of Plaintiff's affirmative allegations, these Defendants state that if any infringement of Plaintiff's rights occurred, it was inadvertent, unintentional, and not willful.

### Jury Demand

These Defendants demand trial by jury on all issues so triable.

        Respectfully submitted,

        GRAY ROBINSON, P.A.
        Attorneys for Defendants
        333 S.E. 2nd Avenue, Suite 3200
        Miami, Florida 33131
        Phone: (305) 416-6880
        Fax: (305) 416-6887
        karen.stetson@gray-robinson.com

       By: /s/ Karen L. Stetson
         Karen L. Stetson
         Florida Bar No.: 742937
         Jonathan L. Gaines
         Florida Bar No.: 330361

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court and furnished via CM/ECF to all participating recipients, on this 30th day of December, 2016.

By: /s/ Karen L. Stetson