UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:16-CV-62697-WJZ

**SANRIO, INC.,**

    **Plaintiff,**

vs.

**BEAUTY EXCHANGE, INC. d/b/a BEAUTY EXCHANGE #1; SANA BEAUTY SUPPLIES, INC. d/b/a BEAUTY EXCHANGE #2; BEAUTY EXCHANGE #6, INC. d/b/a BEAUTY EXCHANGE #6; IBRAHIM BEAUTY SUPPLY, INC. d/b/a BEAUTY EXCHANGE #9; BEIT HANINA BEAUTY SUPPLY, INC. d/b/a BEAUTY EXCHANGE #10; AMMAR BEAUTY, INC. d/b/a BEAUTY EXCHANGE #11; AHMAD MUNTASER and MOHAMAD MUNTASER,**

    **Defendants.**

_____/

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Beit Hanina Beauty Supply, Inc. d/b/a Beauty Exchange #10 ("Defendant"), through its undersigned counsel, hereby makes the following disclosure:

Defendant is not owned or otherwise controlled by any parent corporation, nor does any publically held corporation own ten percent or more of its stock.

Respectfully submitted this 27th day of January 2017.

/s/Ava K. Doppelt
Ava K. Doppelt
Florida Bar No. 393738
adoppelt@addmg.com
Allen, Dyer, Doppelt,
Milbrath & Gilchrist, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL  32802-3791
Telephone: (407) 841-2330
Facsimile:  (407) 841-2343
**Attorney for Defendant**
**Beit Hanina Beauty Supply, Inc.**
**d/b/a Beauty Exchange #10**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following attorneys of record:

| | |
|---|---|
| Michael O. Hollihan, Esq.<br>Kimberly Ann Harchuck, Esq.<br>Holihan Law<br>1101 N. Lake Destiny Road, Suite 275<br>Maitland, Florida 32751<br><br>**Attorneys for Plaintiff** | Edward S. Polk, Esq.<br>Cole, Scott & Kissane, P.A.<br>9150 S. Dadeland Blvd., Suite 1400<br>Miami, Florida 33156<br><br>**Attorneys for Defendant**<br>**Sana Beauty Supplies, Inc.**<br>**d/b/a Beauty Exchange #2**<br><br>Karen L. Stetson, Esq.<br>Gray Robinson, P.A.<br>333 S.E. 2nd Avenue, Suite 3200<br>Miami, FL 33131<br><br>**Attorneys for Defendants**<br>**Beauty Exchange, Inc.**<br>**d/b/a Beauty Exchange #1,**<br>**Beauty Exchange #6, Inc.**<br>**d/b/a Beauty Exchange #6,**<br>**Ibrahim Beauty Supply, Inc.**<br>**d/b/a Beauty Exchange #9,**<br>**Ammar Beauty, Inc.**<br>**d/b/a Beauty Exchange #11,**<br>**Ahmad Muntaser and**<br>**Mohamad Muntaser** |

/s/Ava K. Doppelt