IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 0:16-cv-62697-WJZ**

SANRIO, INC.,

       Plaintiffs,

vs.

BEAUTY EXCHANGE, INC. D/B/A BEAUTY EXCHANGE #1; SANA BEAUTY SUPPLIES, INC. D/B/A BEAUTY EXCHANGE #2; BEAUTY EXCHANGE #6, INC. D/B/A BEAUTY EXCHANGE #6; IBRAHIM BEAUTY SUPPLY, INC. D/B/A BEAUTY EXCHANGE #9; BEIT HANINA BEAUTY INC. D/B/A BEAUTY EXCHANGE #10; AMMAR BEAUTY, INC. D/B/A BEAUTY EXCHANGE #11; AHMAD MUNTASER and MOHAMAD MUNTASER,

       Defendants.
_____/

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures, Defendants, BEAUTY EXCHANGE, INC.; BEAUTY EXCHANGE #6, INC. D/B/A BEAUTY EXCHANGE #6; IBRAHIM BEAUTY SUPPLY, INC. D/B/A BEAUTY EXCHANGE #9; AMMAR BEAUTY, INC. D/B/A BEAUTY EXCHANGE #11; AHMAD MUNTASER and MOHAMAD MUNTASER, ("Defendants"), by and through their undersigned counsel make the following disclosure:

Defendants are not owned or otherwise controlled by any parent corporation, nor does any publicly held corporation own ten percent or more of their stock.

>Respectfully submitted,
>
>GRAY ROBINSON, P.A.
>Attorneys for Defendants
>333 S.E. 2nd Avenue, Suite 3200
>Miami, Florida 33131
>Phone: (305) 416-6880
>Fax: (305) 416-6887
>karen.stetson@gray-robinson.com
>
>By: /s/ Karen L. Stetson
>    Karen L. Stetson
>    Florida Bar No.: 742937

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court and furnished via CM/ECF to all participating recipients, on this 27th day of January, 2017.

>By: /s/ Karen L. Stetson