UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16-cv-62697-WJZ

SANRIO, INC.

       Plaintiff,

BEAUTY EXCHANGE, INC. D/B/A
BEAUTY EXCHANGE #1; SANA
BEAUTY SUPPLIES, INC. D/B/A
BEAUTY EXCHANGE #2; BEAUTY
EXCHANGE #6, INC. D/B/A BEAUTY
EXCHANGE #6; IBRAHIM BEAUTY
SUPPLY, INC. D/B/A BEAUTY
EXCHANGE #9; BEIT HANINA BEAUTY
INC. D/B/A BEAUTY EXCHANGE #10;
AMMAR BEAUTY, INC.   D/B/A BEAUTY
EXCHANGE #11; AHMAD MUNTASER
and MOHAMAD MUNTASER.

       Defendants.
_____/

**JOINT SCHEDULING REPORT**

       Pursuant to this Court's January 12, 2017 Order a meeting was held telephonically on January 20, 2017 at 4:15 p.m., and was attended by:

| Name | Counsel for |
| --- | --- |
| Kimberly A. Harchuck | Sanrio, Inc. |
| Karen L. Stetson | Beauty Exchange, Inc. d/b/a Beauty Exchange #1, Beauty Exchange #6, Inc. d/b/a Beauty Exchange #6, Ibrahim Beauty Supply, Inc. d/b/a Beauty Exchange #9, Ammar Beauty, Inc. d/b/a Beauty Exchange #11, Ahmad Muntaser and Mohamad Muntaser |

Ava K. Doppelt                         Beit Hanina Beauty Supply,
                                       Inc. d/b/a Beauty Exchange #10

Edward S. Polk                         Sana Beauty Supplies, Inc.
                                       d/b/a Beauty Exchange #2


(A)    Likelihood of Settlement;

       *While it is too early to determine the likelihood of settlement, the parties intend to*

       *pursue settlement options at the appropriate juncture.*

(B)    Likelihood of Appearance of Additional parties;

       The parties agree that the appearance of additional parties is *unlikely*.

(C)    Proposed Limits on Time;

       (i)     To join other parties and to amend the pleadings;

               March 17, 2017

       (ii)    To file and hear motions;

               January 31, 2018

       (iii)   To complete discovery;

               December 29, 2017

               (a)    *Plaintiff's expert reports due on or before October 2, 2017.*

               (b)    *Defendants' expert reports due on or before October 23, 2017.*

(D)    Proposals for the formulation and simplification of issues, including the
elimination of frivolous claims or defenses;

       *None at this time. Although the parties are engaged in good faith discussions concerning*

       *formulation and simplification of issues, claims and defenses.*

(E)     Necessity or Desirability of Amendments to the Pleadings;

*The parties do not believe amendments are necessary at this time. The parties request sixty (60) days to investigate the possibility of amending the pleadings to add additional parties.*

(F)     Possible admissions of fact; possible stipulations regarding the authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence;

*The parties do not have any at this time. The parties will continue to have good faith discussions concerning facts, authenticity of documents and evidence.*

(G)     Suggestions for the avoidance of unnecessary proof and of cumulative evidence;

*The parties do not have any suggestions at this time. The parties will continue to have good faith discussions concerning these issues.*

(H)     Suggestions on the advisability of referring matters to a Magistrate Judge or master;

*The parties do not consent to trial by magistrate at this time.*

(I)     A preliminary estimate of the time required for trial;

Four (4) days

(J)     Requested date or dates for conferences before trial, a final pretrial conference and trial; and

*The parties request a trial date at the Court's convenience on or around May 14, 2018, and further request a final pretrial conference prior to trial.*

3

(K)     Any other information that might be helpful to the Court.

        *None at this time.*


Date: January 27, 2017

/s/ Kimberly A. Harchuck
Michael W.O. Holihan, Esq.
Florida Bar No. 0782165
Kimberly A. Harchuck, Esq.
Florida Bar No. 0064852
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, FL 32751
Phone: 407.660.8575
Fax:     407.660.0510
E-mail: michael.holihan@holihanlaw.com
Email: kimberly.harchuck@holihanlaw.com
Counsel for Plaintiff

/s/ Karen L. Stetson
Karen L. Stetson, Esq.
Florida Bar No.: 742937
Jonathan L. Gaines, Esq.
Florida Bar No.: 330361
Gray Robinson, P.A.
333 SE Second Avenue
Suite 3200
Miami, FL 33131
305-416-6880
karen.stetson@gray-robinson.com
Beauty Exchange, Inc. d/b/a Beauty
Exchange #1, Beauty Exchange #6, Inc.
d/b/a Beauty Exchange #6, Ibrahim
Beauty Supply, Inc. d/b/a Beauty
Exchange #9, Ammar Beauty, Inc. d/b/a
Beauty Exchange # 11, Ahmad Muntaser
and Mohamad Muntaser


/s/ Ava K. Doppelt
Ava K. Doppelt, Esq.
Florida Bar No.: 393738
Allen Dyer Doppelt
    Milbrath & Gilchrist
255 South Orange Avenue
Suite 1401
Orlando FL 32801
407-841-2330
adoppelt@addmg.com
Counsel for Beit Hanina Beauty Supply,
Inc. d/b/a Beauty Exchange #10

/s/ Edward S. Polk
Edward S. Polk, Esq.
Florida Bar No.: 239860
Octavia M. Green, Esq.
Florida Bar No.: 119179
Cole, Scott & Kissane, P.A.
9150 South Dadeland Blvd.
Suite 1400
Miami, FL 33156
305-350-5338
edward.polk@csklegal.com
octavia.green@csklegal.com
Counsel for Sana Beauty Supplies, Inc.
d/b/a Beauty Exchange #2