UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16-cv-62697-WJZ

SANRIO, INC.

       Plaintiff,

BEAUTY EXCHANGE, INC. D/B/A
BEAUTY EXCHANGE #1; SANA
BEAUTY SUPPLIES, INC. D/B/A
BEAUTY EXCHANGE #2; BEAUTY
EXCHANGE #6, INC. D/B/A BEAUTY
EXCHANGE #6; IBRAHIM BEAUTY
SUPPLY, INC. D/B/A BEAUTY
EXCHANGE #9; BEIT HANINA BEAUTY
INC. D/B/A BEAUTY EXCHANGE #10;
AMMAR BEAUTY, INC.   D/B/A BEAUTY
EXCHANGE #11; AHMAD MUNTASER
and MOHAMAD MUNTASER.

       Defendants.
_____/

**PROPOSED SCHEDULING ORDER**

Pursuant to the Joint Scheduling Report, it is Ordered and Adjudged as follows:

(A)    This case is assigned to a Standard Track.

(B)    The parties shall abide by the Scheduling Order incorporated herein.

    (i)    The parties shall exchange Rule 26(a)(1) Initial Disclosures by February 17, 2017.

    (ii)    Discovery shall be completed by December 29, 2017.

(C)    Any agreements or issues to be decided by the Court regarding the preservation, disclosure, and discovery of documents, electronically stored information, or things;

*The parties will exchange discovery in electronic form to the extent they exist or can be readily converted to electronic form. Otherwise, documents or materials will be produced in whatever form they may exist. Electronic documents will be provided in their native form.*

(D) Any agreements the parties reach for asserting claims of privilege or protection of trial preparation material after production;

*None at this time.*

(E) A limitation of the time to join additional parties and to amend the pleadings;

*The parties will join additional parties and/or amend the pleadings no later than March 17, 2017.*

(F) All Pretrial Motions shall be filed with the Court no later than January 31, 2018.

(G) All Pretrial Motions shall be ruled on by the Court no later than ___.

(H) Any proposed use of the Manual on Complex Litigation and any other need for rule variations, such as on deposition length or number of depositions;

*No proposed use of the Manual on Complex Litigation.*

(I) A Pretrial Conference shall be held in this matter on ___ in Court Room ___ at ___.

(J) The Trial in this matter is set for the two-week calendar commencing on ___.

Pursuant to this Court's Order of Instructions (Docket No. 26), this Case was not previously filed and is not related to another case previously or currently pending before another court.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this __ day of ___ 2017.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
All Counsel of Record