UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16-cv-62697-WJZ

SANRIO, INC.

      Plaintiff,

BEAUTY EXCHANGE, INC. D/B/A
BEAUTY EXCHANGE #1; SANA
BEAUTY SUPPLIES, INC. D/B/A
BEAUTY EXCHANGE #2; BEAUTY
EXCHANGE #6, INC. D/B/A BEAUTY
EXCHANGE #6; IBRAHIM BEAUTY
SUPPLY, INC. D/B/A BEAUTY
EXCHANGE #9; BEIT HANINA BEAUTY
INC. D/B/A BEAUTY EXCHANGE #10;
AMMAR BEAUTY, INC.  D/B/A BEAUTY
EXCHANGE #11; AHMAD MUNTASER
and MOHAMAD MUNTASER.

      Defendants.
_____/

## PLAINTIFF'S NOTICE OF MEDIATOR SELECTION

Plaintiff, Sanrio, Inc., by and through its undersigned counsel, and pursuant to the Court's February 13, 2017 Order of Referral to Mediation (Docket No. 32), hereby gives notice of selection of a mediator in this action.

The parties have agreed to designate David Lichter, Esq. to act as mediator in this matter. Mr. Lichter's office is located at 2999 NE 191st St., Suite 330, Aventura, FL 33180. Mr. Lichter has confirmed that he does not have a conflict of interest that would preclude him from mediating this action.

## Certificate of Service

I hereby certify that on March 3, 2017, a true and correct copy of the foregoing was served by email to Defendants' counsel: Karen L. Stetson, Esq., Gray Robinson, P.A., 333 SE Second Avenue, Suite 3200, Miami, FL 33131, *karen.stetson@gray-robinson.com*;  Ava K. Doppelt, Esq., Allen Dyer Doppelt Milbrath & Gilchrist, 255 South Orange Avenue, Suite 1401, Orlando FL 32801, *adoppelt@addmg.com*; Edward S. Polk, Esq., Cole, Scott & Kissane, P.A., 9150 South Dadeland Blvd., Suite 1400, Miami, FL 33156, *edward.polk@csklegal.com*; and mediator, David Lichter, Esq., 2999 NE 191st Street, Suite 330, Aventura, FL 33180, *dlichter@lichterlawfirm.com*.

/s/ Kimberly A. Harchuck
Michael W.O. Holihan
Florida Bar No. 0782165
Kimberly A. Harchuck
Florida Bar No. 0064852
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, FL 32751
Phone: 407.660.8575
Fax:   407.660.0510
E-mail: michael.holihan@holihanlaw.com
Email: kimberly.harchuck@holihanlaw.com
Attorneys for Plaintiff