UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16-cv-62697-WJZ

SANRIO, INC.

    Plaintiff,

v.

BEAUTY EXCHANGE, INC. D/B/A
BEAUTY EXCHANGE #1; SANA
BEAUTY SUPPLIES, INC. D/B/A
BEAUTY EXCHANGE #2; BEAUTY
EXCHANGE #6, INC. D/B/A BEAUTY
EXCHANGE #6; IBRAHIM BEAUTY
SUPPLY, INC. D/B/A BEAUTY
EXCHANGE #9; BEIT HANINA BEAUTY
INC. D/B/A BEAUTY EXCHANGE #10;
AMMAR BEAUTY, INC. D/B/A BEAUTY
EXCHANGE #11; AHMAD MUNTASER
and MOHAMAD MUNTASER.

    Defendants.
_____/

## MEDIATOR'S REPORT

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was held on October 16, 2017, all of the parties and their representatives were present, the matter was settled, and the Parties will be filing the Joint Stipulation for Permanent Injunction and Dismissal With Prejudice on or before November 15, 2017, as noted in the Settlement Agreement.

    Respectfully Submitted,

    LICHTER LAW FIRM
    2999 NE 191st, Suite 330
    Aventura, FL 33180
    (305) 356-7555 – voice

    By: /s/ David Lichter, Esq.
        David H. Lichter, Esq.,
        *Mediator*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2017, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

*Email: michael.holihan@holihanlaw.com; kimberly.harchuck@holihanlaw.com*

Michael W.O. Holihan, Esq.
Kimberly A. Harchuck, Esq.
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, FL 32751

*Counsel for Plaintiff*

*Email: karen.stetson@gray-robinson.com*

Karen L. Stetson, Esq.
Gray Robinson, P.A.,
333 SE Second Avenue, Suite 3200
Miami, FL 33131

*Email: adoppelt@addmg.com*
Ava K. Doppelt, Esq.,
Allen Dyer Doppelt Milbrath & Gilchrist
255 South Orange Avenue,
Suite 1401, Orlando FL 32801

*Email: edward.polk@csklegal.com*
Edward S. Polk, Esq.
Cole, Scott & Kissane, P.A.
9150 South Dadeland Blvd., Suite 1400
Miami, FL 33156

*Counsel for Defendants*

/s/ David Lichter, Esq.
David H. Lichter, Esq.
Florida Bar No. 359122