UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16-cv-62697-WJZ

SANRIO, INC.,

    Plaintiff,

v.

BEAUTY EXCHANGE, INC. D/B/A
BEAUTY EXCHANGE #1; SANA
BEAUTY SUPPLIES, INC. D/B/A
BEAUTY EXCHANGE #2; BEAUTY
EXCHANGE #6, INC. D/B/A BEAUTY
EXCHANGE #6; IBRAHIM BEAUTY
SUPPLY, INC. D/B/A BEAUTY
EXCHANGE #9; BEIT HANINA BEAUTY
INC. D/B/A BEAUTY EXCHANGE #10;
AMMAR BEAUTY, INC. D/B/A BEAUTY
EXCHANGE #11; AHMAD MUNTASER;
and MOHAMAD MUNTASER,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Sanrio, Inc. ("Plaintiff") and Defendants, Beauty Exchange, Inc. d/b/a Beauty Exchange #1, Sana Beauty Supplies, Inc. d/b/a Beauty Exchange #2, Beauty Exchange #6, Inc. d/b/a Beauty Exchange #6, Ibrahim Beauty Supply, Inc. d/b/a Beauty Exchange #9, Beit Hanina Beauty Supply, Inc. d/b/a Beauty Exchange #10, Ammar Beauty, Inc. d/b/a Beauty Exchange #11, Ahmad Muntaser, and Mohamad Muntaser (collectively, "Defendants"), hereby give Notice of Settlement in the matter styled as *Sanrio, Inc. v. Beauty Exchange, Inc. et al.,* Case Number 0:16-cv-62697-WJZ. Pursuant to the terms of the Settlement Agreement executed by the parties, Plaintiff will file a Joint Stipulation for Entry of Permanent Injunction and Order of Dismissal with Prejudice no

later than November 15, 2017, which will provide for the dismissal of all claims in this litigation.

s/ Michael W.O. Holihan
Michael W.O. Holihan, Esq.
Florida Bar No. 0782165
Kimberly A. Harchuck, Esq.
Florida Bar No. 0064852
Holihan Law
1101 N. Lake Destiny Rd., Suite 275
Maitland, FL 32751
Phone: 407.660.8575
Fax: 407.660.0510
*michael.holihan@holihanlaw.com*
*kimberly.harchuck@holihanlaw.com*
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2017, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

s/Michael W.O. Holihan
Michael W.O. Holihan, Esq.
Florida Bar No: 0782165
Kimberly A. Harchuck, Esq.
Florida Bar No: 0064852
Holihan Law
1101 N. Lake Destiny Rd., Suite 275
Maitland, FL 32751
Phone: 407.660.8575
Fax: 407.660.0510
*Michael.Holihan@holihanlaw.com*
*Kimberly.Harchuck@holihanlaw.com*
Attorneys for Plaintiff
