UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16-cv-62697-WJZ

SANRIO, INC.

    Plaintiff,

BEAUTY EXCHANGE, INC. D/B/A
BEAUTY EXCHANGE #1; SANA
BEAUTY SUPPLIES, INC. D/B/A
BEAUTY EXCHANGE #2; BEAUTY
EXCHANGE #6, INC. D/B/A BEAUTY
EXCHANGE #6; IBRAHIM BEAUTY
SUPPLY, INC. D/B/A BEAUTY
EXCHANGE #9; BEIT HANINA BEAUTY
INC. D/B/A BEAUTY EXCHANGE #10;
AMMAR BEAUTY, INC.  D/B/A BEAUTY
EXCHANGE #11; AHMAD MUNTASER
and MOHAMAD MUNTASER.

    Defendants.
_____/

NOTICE OF FILING STIPULATED PERMANENT INJUNCTION AND FINAL ORDER

    Plaintiff, Sanrio, Inc., by and through its undersigned counsel, hereby gives Notice of Filing the Stipulated Permanent Injunction and Final Order.

    s/ Michael W.O. Holihan
    Michael W.O. Holihan, Esq.
    Florida Bar No. 0782165
    Kimberly A. Harchuck, Esq.
    Florida Bar No. 0064852
    Holihan Law
    1101 N. Lake Destiny Rd., Suite 275
    Maitland, FL 32751
    Phone: 407.660.8575  Fax: 407.660.0510
    michael.holihan@holihanlaw.com
    kimberly.harchuck@holihanlaw.com
    Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2017, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

s/Michael W.O. Holihan
Michael W.O. Holihan, Esq.
Florida Bar No: 0782165
Kimberly A. Harchuck, Esq.
Florida Bar No: 0064852
Holihan Law
1101 N. Lake Destiny Rd., Suite 275
Maitland, FL 32751
Phone: 407.660.8575  Fax: 407.660.0510
Michael.Holihan@holihanlaw.com
Kimberly.Harchuck@holihanlaw.com
Attorneys for Plaintiff