# EXHIBIT A




















