# EXHIBIT B

Certificate of Registration

**Form VA**
For a Work of the Visual Arts

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

VA 1-342-775

*Marybeth Peters*

Register of Copyrights, United States of America

**EFFECTIVE DATE OF REGISTRATION**

MAR V 2006
Month    Day    Year

SEPARATE CONTINUATION SHEET.

## 1

**Title of This Work ▼**
Sanrio 2002 Hello Kitty Style Guide

**NATURE OF THIS WORK ▼** See instructions
Graphic artwork

**Previous or Alternative Titles ▼**
n/a

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2

**a**  **NAME OF AUTHOR ▼**
Sanrio Co., Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
n/a    n/a

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of Japan
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☑ 2-Dimensional artwork  ☑ Photograph  ☑ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b**  **Name of Author ▼**
n/a

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
2002
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month February   Day 27   Year 2002
United States   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sanrio Co., Ltd.
1-6-1, Ohsaki, Shinagawa-ku, Tokyo 141-8603 Japan

**APPLICATION RECEIVED**
MAR 0 6 2006
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
MAR 0 6 2006

**FUNDS RECEIVED**

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
n/a

DO NOT WRITE HERE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of  pages

| | | |
|---|---|---|
| EXAMINED BY | | FORM VA |
| CHECKED BY | | |

☐ CORRESPONDENCE
  Yes

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a.** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Original character designs, all created and owned by Sanrio Co., Ltd..

**b.** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New artwork

**6**

a

See instructions
before completing
this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                              Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Linda Joy Kattwinkel, Esq. / Owen, Wickersham & Erickson, P.C.
455 Market Street, Ste 1910
San Francisco, CA 94105

b

Area code and daytime telephone number  ( 415 ) 882-3200          Fax number  ( 415 ) 882-3232

Email  ljk@owe.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Sanrio Co., Ltd.
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Linda Joy Kattwinkel                              Date  3-00-7006

Handwritten signature (X) ▼

X

**9**

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼ Linda Joy Kattwinkel, Esq. / Owen, Wickersham & Erickson, P.C. |
| | Number/Street/Apt ▼ 455 Market St., Ste 1910 |
| | City/State/ZIP ▼ San Francisco, CA 94105 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.