# EXHIBIT C

## REPRESENTATIVE SANRIO COMPANY TRADEMARK REGISTRATIONS

| Mark | Design | Registration Number | Date of Issuance | Class |
|---|---|---|---|---|
| Hello Kitty | (Hello Kitty face with bow) | 1,200,083 | July 6, 1982 | 3, 8, 14, 16, 18, 21, 24, 25, 26, 28 |
| Hello Kitty | (Hello Kitty face with bow) | 1,277,721 | May 15, 1984 | 3, 5, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 28, 30 |
| Hello Kitty | (Hello Kitty face with bow) | 4,854,849 | November 17, 2015 | 14 |
| "Hello Kitty" | | 1,215,436 | November 9, 1982 | 3, 8, 16, 18, 21, 24, 25 |
| "Hello Kitty" | | 1,279,486 | May 29, 1984 | 3, 5, 8, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 28, 30 |
| "Hello Kitty" | | 4,845,728 | November 3, 2015 | 14 |
| Bow Device | (bow design) | 3,260,857 | July 10, 2007 | 14 |
| Sanrio | Sanrio | 2,435,865 | March 13, 2001 | 25 |

| Sanrio | Sanrio | 2,696,063 | March 11, 2003 | 16 |
| Sanrio | Sanrio | 2,721,679 | June 3, 2003 | 28 |
| Sanrio | Sanrio | 2,721,680 | June 3, 2003 | 14 |
| Sanrio Smiles | Sanrio SMILES | 2,434,191 | March 6, 2001 | 14 |
| "Sanrio" | Sanrio | 4,850,572 | November 10, 2015 | 14 |