UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62697-CIV-ZLOCH

SANRIO INC.,

       Plaintiff,

vs.

**PERMANENT INJUNCTION
AND FINAL ORDER OF DISMISSAL**

BEAUTY EXCHANGE, INC.
et. al.,

       Defendant.
_____/

THIS MATTER is before the Court upon the Stipulated Permanent Injunction (DE 48-1) filed herein by all remaining Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulated Permanent Injunction (DE 48-1) filed herein by all remaining Parties be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot; and

4. The Court reserves jurisdiction solely for the purpose of enforcing the terms of the Permanent Injunction.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 15th day of November, 2017.

                                                     */s/ William J. Zloch*
                                         WILLIAM J. ZLOCH
                                         Sr. United States District Judge

Copies furnished:

All Counsel of Record